**Money Management** INTERNATIONAL

14141 Southwest Freeway, Suite 1000 | Sugar Land, Texas 77478

MoneyManagement.org

Date: June 13, 2016

To: Mr. David S Flynn

Re: David Flynn

Client #: 33061249-1

Attached is the information you requested. If you have any questions, please call 888.845.5669.

Sincerely,

Money Management International
Phone: 888.845.5669 | Fax: 888.812.5358

A Nonprofit Community Service Organization

| Accredited by the Council on Accreditation | Member of the National Foundation for Credit Counseling | Member of the Financial Counseling Association of America |

Certificate Number: 01267-PAM-CC-027593531



01267-PAM-CC-027593531

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 13, 2016, at 11:13 o'clock AM CDT, David S Flynn received from Money Management International, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Middle District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:   June 13, 2016 _____        By:    /s/Stephanie Rangel-Lara _____

                                             Name:  Stephanie Rangel-Lara _____

                                             Title:  Counselor _____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).