IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Scott Flynn aka David S. Flynn<br>           Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC<br>           Movant<br>     vs.<br>David Scott Flynn aka David S. Flynn<br>           Debtor | NO. 16-02492 RNO |
| Charles J. DeHart, III Esq.<br>           Trustee | Nature of Proceeding: Motion for Relief |

**REQUEST TO CONTINUE HEARING WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance; both parties are attempting settlement.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 11, 2016         /s/ Joshua I. Goldman, Esquire_____
                                Joshua I. Goldman, Esquire
                                Attorney for Movant
                                BNY Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322
                                Fax (215) 825-6406