**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ Street
Scranton, Pennsylvania 18504
Phone (570) 347-7764  Fax (570) 347-7763
Email: tullio.deluca@verizon.net

November 8, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

       In Re: David Scott Flynn
       **Chapter 13 Bankruptcy**
       **Case No. 5-16-02492**

Dear Sir/Madam:

    I have received returned mail for **NATIONSTAR MORTGAGE,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 350 HIGHLAND DRIVE LEWISVILLE, TX 75067 .Please be advised the correct information is as follows.

    NATIONSTAR MORTGAGE LLC
    PO BOX 619079
    DALLAS, TX 75261-9079

I served the 1ST AMENDED PLAN at the above address on (NOV. 9, 2016). Please correct the mailing matrix.

    Thank you for assistance in this matter.

           Very truly yours,

           /s/ Tullio DeLuca, Esquire

TD/th