IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Scott Flynn aka David S. Flynn aka David Flynn dba Atomic Dustbin & Antiques<br>　　　　　Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC<br>　　　　　Movant<br>　　vs. | NO. 5:16-bk-02492 RNO |
| David Scott Flynn aka David S. Flynn aka David Flynn dba Atomic Dustbin & Antiques<br>　　　　　Debtor | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>　　　　　Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.