```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                      Case No. 16-02492-JJT
David Scott Flynn                                           Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5    User: DDunbar    Page 1 of 1    Date Rcvd: Nov 09, 2017
                     Form ID: ordsmiss    Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db             +David Scott Flynn,    2321 Boulevard Ave.,    Scranton, PA 18509-1236
cr             +c/o Shellpoint Mortgage MTGLQ Investors, L.P.,    PO Box 10826,    Greenville, SC 29603-0826
4800129        +Joseph Svetlovies,    2323 Boulevard Ave.,    Scranton, PA 18509-1236
4800130        +KML Law Group, P.C. (Suite 5000, BNY Mel,    Suite 5000, BNY Mellon Independence Ctr.,
                 701 Market St.,    Philadelphia, PA 19106-1538
4800131        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4898641         MTGLQ Investors, L.P,   c/o Shellpoint Mortgage Serving,    PO Box 10826,
                 Greenville, SC  29603-0826
4898642        +MTGLQ Investors, L.P,   c/o Shellpoint Mortgage Serving,    PO Box 10826,
                 Greenville, SC  29603-0826,    MTGLQ Investors, L.P,
                 c/o Shellpoint Mortgage Serving 29603-0826
4846938        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
4800132         NATIONSTAR MORTGAGE LLC,    PO BOX 619079,    DALLAS, TX 75261-9079

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4800128*       +David Scott Flynn,    2321 Boulevard Ave.,    Scranton, PA 18509-1236
                                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor 1 David Scott Flynn tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor c/o Shellpoint Mortgage MTGLQ Investors, L.P.
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 6
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| David Scott Flynn<br>aka David S. Flynn, aka David Flynn, dba Atomic Dustbin & Antiques<br>**Debtor(s)** | Chapter 13<br>Case No. 5:16−bk−02492−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: November 9, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk